IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK RINGLAND,

          Plaintiff,

vs.

SENIOR U.S. DIST. JUDGE JOSEPH F. BATAILLO,

          Defendant.

**8:23CV101**

**ORDER**

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(b)(5), which provides that any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding . . . ."  The undersigned is named as the defendant in this matter and shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(b)(5).

SO ORDERED.

Dated this 22nd day of March, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge