IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>                Plaintiff,<br><br>     vs.<br><br>SENIOR U.S. DIST. JUDGE JOSEPH F. BATAILLON,[1]<br><br>                Defendant. | 8:23CV101<br><br>**ORDER** |

      This matter is before the court on its own motion. Plaintiff filed a Complaint, Filing 1, on March 17, 2023. However, Plaintiff failed to include the $402.00 filing and administrative fees. Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the clerk's office or submitting a request to proceed in forma pauperis ("IFP").[2] Failure to take either action within 30 days will result in the court dismissing this case without further notice to Plaintiff.

      IT IS THEREFORE ORDERED that:

      1.    Plaintiff is directed to submit the $402.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

      2.    The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

---

[1] Plaintiff misspelled Defendant Judge Joseph F. Bataillon's name in the Complaint, Filing 1. The Court has corrected the spelling in the caption and will direct the clerk's office to update the court's records to reflect the correct spelling.

[2] If Plaintiff is granted leave to proceed IFP in this matter, he will be allowed to pay the court's $350 filing fee in installments. *See* 28 U.S.C. § 1915(b)(1); *In re Tyler*, 110 F.3d 528, 529–30 (8th Cir. 1997). He would not be subject to the $52.00 administrative fee assessed to non-IFP plaintiffs.

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **April 26, 2023**: Check for MIFP or payment.

4. The clerk of the court is directed to update the caption of this case to reflect the correct spelling of Defendant's last name as "Bataillon."

Dated this 27th day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge