IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK RINGLAND,

                    Plaintiff,                                    **8:23CV101**

        vs.

SENIOR U.S. DIST. JUDGE JOSEPH F.                                **ORDER**
BATAILLON,

                    Defendant.

On March 27, 2023, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing 6. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.  The court will enter judgment by a separate document.

Dated this 2nd day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge